**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Manuel PEREZ–LOPEZ, aka Eduardo**
**Medina–Elenes, Defendant–**
**Appellant.**

**No. 06–10694.**

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 26, 2008.*

Filed March 11, 2008.

Joan G. Ruffennach, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Law Office of Neil C. Labarge, Phoenix, AZ, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

### MEMORANDUM **

Manuel Perez–Lopez appeals from the 37 month sentence imposed following his jury-trial conviction for re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Perez–Lopez contends that the district court erred by denying a two-level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(a). We conclude that the district court did not clearly err. *See* U.S.S.G. § 3E1.1 cmt. n. 1–2 (2006); *see also United States v. Magana–Guerrero,* 80 F.3d 398, 402 (9th Cir. 1996) ("Lying with the hope of avoiding a degree of culpability or punishment is the very antithesis of acceptance of responsibility.")

Perez–Lopez also contends that the within-Guidelines range sentence imposed was unreasonable because it failed to account for the age of the prior conviction

used to enhance his base offense level under U.S.S.G. § 2L1.2(b)(1)(B). We conclude that the sentence imposed is reasonable. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 594, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

